```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

LEXINGTON AVENUE HOTEL, L.P.

                             Plaintiff,

-v-

CITY OF NEW YORK, *et al.*,

                          Defendants.

------------------------------------------------------------X

1:23-cv-10190-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The Court has reviewed Plaintiff's proposed order to show cause and supporting papers. Dkt. Nos. 12–15. The parties are ordered to appear for a hearing on this matter on November 30, 2023 at 1:00 p.m. in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

     SO ORDERED.

Dated: November 30, 2023
          New York, New York

                                                           GREGORY H. WOODS
                                                        United States District Judge