UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEXINGTON AVENUE HOTEL, L.P.,

                          Plaintiff,

-against-

CITY OF NEW YORK and NEW YORK HOTEL AND MOTEL TRADES COUNCIL, AFL-CIO,

                          Defendant(s).

23-CV-10190 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    On December 8, 2023, this action was stayed by Judge Gregory H. Woods, the District Judge formerly assigned to this matter, pending the resolution of the parties' arbitration. On February 22, 2024, this case was reassigned to the undersigned. Since then, nothing has been filed on the docket or has otherwise occurred in this case.

    It is therefore HEREBY ORDERED that by no later than **May 1, 2024**, the parties shall provide an update to the Court by joint letter regarding the status of the pending arbitration. The parties are FURTHER ORDERED to provide a similar joint status update to the Court every three months thereafter. Thus, the parties shall submit joint status letters regarding the arbitration on the following dates this year:

- May 1, 2024;
- August 1, 2024; and
- November 1, 2024.

    If this case has been settled or otherwise terminated, counsel are not required to submit such letter, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the deadline, using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at* https://nysd.uscourts.gov/electronic-case-filing.

    In accordance with Rule I(B)(5) of the Court's Individual Rules, requests for extensions may be made only by letter-motion filed on ECF.

Dated: April 22, 2024
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge